TUCKER ELLIS LLP
Justin E. Garratt SBN 253520
justin.garratt@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
Lance D. Wilson SBN 183852
lance.wilson@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MEZA and BARBARA MEZA,<br><br>           Plaintiffs,<br><br>   v.<br><br>3M COMPANY; et al.,<br><br>           Defendants. | Case No.:<br><br>**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant United Technologies Corporation states that there is no corporation that owns 10 percent or more of its stock.

      Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for United Technologies Corporation, certifies that other than the named parties, the following may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

      Global Aerospace, an insurance carrier that may have issued insurance providing coverage for the incident that is the subject of this lawsuit.

DATED:  January 15, 2019          TUCKER ELLIS LLP


                                    By: */s/ Justin Garratt* _____
                                          Justin E. Garratt
                                          Attorneys for Defendant
                                          UNITED TECHNOLOGIES CORPORATION

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of San Francisco, California or employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, One Market Street, Steuart Tower, Suite 700, San Francisco, CA 94105.

On January 16, 2019, I served the following document entitled **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by:

**(X)** **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

**( )** **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

**(X)** I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

Executed on January 16, 2019, at San Francisco, California.

*/S/ ANNA PASYNKOVA*
Anna Pasynkova