1  DAVID M. GLASPY, Esq. SBN 95332
   DGlaspy@mgmlaw.com
2  **MANNING GROSS + MASSENBURG LLP**
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 750
   Walnut Creek, CA 94596
4  Telephone: (925) 947-1300
   Facsimile: (925) 947-1594
5
   Attorneys for ROHR, INC., erroneously served herein as
6  Rohr Inc. dba Goodrich Aerospace

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| HAROLD MEZA and BARBARA MEZA, | Case No. 2:19-cv-00334-MWF (SKx) |
|---|---|
| Plaintiffs, | *Transferred from Los Angeles Superior Court 18STCV07768* |
| vs. | *Assigned to Hon. Michael W. Fitzgerald* |
| 3M COMPANY, et al. | |
| Defendants. | DEFENDANT ROHR INC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES |
| | Initially filed:    December 10, 2018<br>Removed to CDCA:    January 16, 2019<br>Trial date:    None |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, defendant ROHR, INC. certifies that it is a nongovernmental corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Chula Vista, California. ROHR, INC. submits the following statement of its corporate interests and affiliations as required by Federal Rule of Civil Procedure 7.1, for the use of the judges of this Court:

1. ROHR, INC. is a publicly-held corporation or other publicly-held entity.

1

2:19-cv-00334-MWF (SKx)
DEFENDANT ROHR, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

1    2.    ROHR, INC. is a wholly owned subsidiary of GOODRICH CORPORATION
2  which is a wholly owned subsidiary of UNITED TECHNOLOGIES CORPORATION.

Dated: January 22, 2019                    **MANNING GROSS + MASSENBURG LLP**

By:    */s/ David M. Glaspy*

David M. Glaspy, Esq. SBN 95332
Attorneys for
ROHR, INC. erroneously served herein as Rohr Inc. dba Goodrich Aerospace

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am a citizen of the United States and am an employee in the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 100 Pringle Avenue, Suite 750, Walnut Creek, California 94596; on the date shown below, I served the within:

DEFENDANT ROHR INC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

by electronic service via ECF/CM for e-mailing to all parties in this action per the electronic service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Walnut Creek, California, on January 22, 2019.

                                         */s/ M. C. Clark*
                                         M. C. Clark