DEBORAH ROSENTHAL (SBN 184241)
CRYSTAL G. FOLEY (SBN 224627)
BENJAMIN D. GOLDSTEIN (SBN 231699)
**SIMMONS HANLY CONROY**
100 N. Pacific Coast Highway, Suite 1350
El Segundo, California 90245
Tel:   (310) 322-3555
Fax:   (310) 322-3655

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MEZA and BARBARA MEZA,<br><br>                   Plaintiffs,<br><br>       v.<br><br>3M COMPANY, *et al.*,<br><br>                   Defendants. | Case No. 2:19-cv-00334- MWF-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO THE HONORABLE COURT AND TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for plaintiffs, certifies that the following listed persons, associations of persons, firms, partnerships and corporations (including parent corporations), other than the parties themselves identified in the complaint, may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

1
2      Plaintiffs are unaware of any persons or entities other than the plaintiffs
3  themselves who may have a pecuniary interest in the outcome of this
4  case.  Counsel shall file an amended certification if any material change occurs in
5  the status of interested parties.
6
7  DATED:  January 30, 2019        SIMMONS HANLY CONROY
8
9                                By:    /s/ Crystal G. Foley
10                                       Crystal G. Foley
                                       Attorneys for Plaintiffs

# PROOF OF SERVICE

### *Harold Meza and Barbara Meza v. 3M Company, et al.,*
### USDC Court Case No. 2:19-cv-00334

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 100 N. Pacific Coast Highway, Suite 1350, El Segundo, California 90245.

On January 30, 2019, I served the following document:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

☒ By CM/ECF NOTICE OF ELECTRONIC FILING:

I electronically filed the document(s) with the Clerk of Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direct the service was made.

Executed on January 30, 2019, at El Segundo, California.

Tiffany Tumino