# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MEZA and BARBARA MEZA, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br> Defendants. | Case No. 2:19-cv-00334- MWF-SK <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT BASF CATALYSTS LLC** |

The Court, having considered the stipulation between plaintiffs Harold Meza and Barbara Meza and defendant BASF Catalysts LLC, hereby approves the stipulation and orders that all claims against defendant BASF CATALYSTS LLC, are dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Pursuant to stipulation, the parties shall bear their own costs.

IT IS SO ORDERED.

DATED: January 30, 2019

_____
MICHAEL W. FITZGERALD,
United States District Judge