PAUL C. COOK (SBN 170901)
CRYSTAL G. FOLEY (SBN 224627)
**SIMMONS HANLY CONROY**
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Tel: (310) 322-3555
Fax: (310) 322-3655

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD MEZA and BARBARA MEZA,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. CV 19-334-MWF (SKx)<br><br>**ORDER REMANDING ACTION TO STATE COURT ON STIPULATION OF THE PARTIES** |

WHEREAS:

1. The Court is in receipt of the Parties' Stipulation to Remand; and

2. On January 16, 2019, Defendant United Technologies Corporation ("UTC") filed a notice of removal of this action, which was joined by Defendants The Boeing Company ("Boeing") and Goodyear Tire and Rubber Co. ("Goodyear"); and

3. On February 15, 2019, Plaintiffs filed a Notice of Motion for Remand, originally

- 1 -
[PROPOSED] ORDER REMANDING ACTION TO STATE COURT ON STIPULATION OF THE PARTIES

set for hearing on March 18, 2019, subsequently re-noticed for hearing on April 1, 2019, and thereafter continued while Plaintiffs and certain Defendants pursued settlement negotiations; and

4. Plaintiffs' Motion for Remand is presently set for hearing on September 9, 2019; and

5. Plaintiffs' Motion for Remand was opposed by Defendants UTC and Boeing, and Defendant Goodyear joined in those oppositions. Plaintiffs have resolved with each of the Defendants that removed, joined in the removal, and opposed Plaintiffs' motion for remand, that is, Defendants UTC, Boeing and Goodyear; and

6. None of the remaining Defendants oppose Plaintiffs' Motion for Remand.

WHEREFORE, GOOD CAUSE APPEARING THEREFORE:

1. Plaintiffs' Motion for Remand, presently set for hearing September 9, 2019, is advanced to this date and vacated;
2. The Scheduling Conference set in this matter on September 16, 2019 is advanced to this date and vacated.
3. This matter is hereby remanded to the Los Angeles Superior Court, the Court from which it was removed.

IT IS SO ORDERED:

DATED: September 5, 2019

_____
Hon. Michael W. Fitzgerald
U.S. District Judge

PROOF OF SERVICE

<u>*Harold Meza and Barbara Meza v. 3M Company, et al.*,</u>

<u>USDC Court Case No. 2:19-cv-00334</u>

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 100 N. Pacific Coast Highway, Suite 1350, El Segundo, California 90245.

On September 4, 2019, I served the following document:

**[PROPOSED] ORDER REMANDING ACTION TO STATE COURT ON STIPULATION OF THE PARTIES**

☒ By CM/ECF NOTICE OF ELECTRONIC FILING:

I electronically filed the document(s) with the Clerk of Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direct the service was made.

Executed on September 4, 2019, at El Segundo, California.

_____
Tiffany Tumino